IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

BARBARA G MEINHARDT,　　　　　　　　　　Civil File No. 2:12-cv-02583-EFM-DJW

　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE
PROFESSIONAL SERVICE BUREAU, INC.,

　　　　　Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: October 6, 2012

By: /s/ J. Mark Meinhardt
J. Mark Meinhardt, # 20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:　(913) 451-9797
Facsimile:　(913) 451-6163
Email:　　　Mark@meinhardtlaw.com
**ATTORNEY FOR PLAINTIFF**